```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
In re: EPHEDRA PRODUCTS LIABILITY          :   04 M.D. 1598 (JSR)
LITIGATION                                 :
                                           :
------------------------------------------X
PERTAINS TO ALL CASES
```

STATUS ORDER (INCLUDING CASE MANAGEMENT ORDER NO.46)

JED S. RAKOFF, U.S.D.J.

At the monthly status conference held on May 8, 2008, the Court made the following rulings, which are hereby confirmed (and in some instances modified and supplemented) as follows:

1. The next status conference will be held as previously announced at 4:30 pm on Thursday, June 5, 2008.

2. A motion by plaintiff Sonja Lambert to dismiss with prejudice all claims of plaintiff David Lambert in *Sonja Lambert et al. v. Rexall Sundown*, No. 07 Civ. 3789, was granted as unopposed.

3. By separate order, the Court dismissed all claims against some but not all defendants in *Gyani v. MII Liquidations et al., Inc.*, No. 05 Civ. 2367. To the extent that any federal stay is in effect against prosecuting the remaining claims, such stay is hereby vacated, and the case is remanded to Supreme Court of the State of New York, County of Nassau (Index No. 016302/04).

1



4. A motion by MII Liquidation Inc. *et al.* to dismiss with prejudice the 254 cases listed in Exhibit A to this Case Management Order was granted as unopposed. These cases were settled in the Metabolife bankruptcy, and the settlement proceeds are being or have been distributed pursuant to the MII Mediation Trust Agreement.

5. A motion by David Higgins, Trustee, for Court approval of the First Amendment to NVE Ephedra Claimants Trust Agreement is granted as unopposed.

6. The Court approved a request by Defendants' Coordinating Counsel (the "DCC") to allocate among defendants the fees and expenses of Defendants' Liaison Counsel and defendants' share of the Special Master's fees for the period April 1 through June 30, 2008, as follows: BDI Pharmaceuticals, 30%; CVS Pharmacy Inc., CVS Pharmacy Store #3639 and Eckerd Corp., collectively 35%; Vitaquest, GSN and NFI, collectively 35%.

7. At the request of the DCC and with the consent of Plaintiffs' Coordinating Counsel (the "PCC"), defendants' share of the Special Master's fees for the period April 1 through June 30, 2008, was modified so that defendants shall pay 10%. The remaining 90% shall be paid by the Ephedra Plaintiffs' Common Expense Fund.

8. The Court granted an unopposed motion by the PCC for payment of $222,192.38 from the Ephedra Plaintiffs' Common

Expense Fund for the 2008 fees and expenses of the PCC subcommittee appointed to gather and audit all fees and expense requests of the 18 firms who worked for the common benefit of all plaintiffs. A separate payment order shall issue.

SO ORDERED.

                                             _____
                                             JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 27, 2008

**EXHIBIT A**

1. Ciceley Alexander v. Metabolife International, Inc., No. 05 Civ. 3026

2. Tony Anderson, et al. v. Metabolife, No. 05 Civ. 9061

3. Channin Atwood v. Metabolife Corp., No. 05 Civ. 5986

4. Joseph Baity v. Metabolife, No. 05 Civ. 6333

5. Teresa Ball, et al. v. Muscletech, No. 05 Civ. 3889

6. Teresa Marie Belew v. Metabolife, No. 05 Civ. 1020

7. Bessie Bell, et al. v. Metabolife, No. 05 Civ. 1003

8. Steven Berry v. Metabolife International, No. 06 Civ. 4483

9. Collette Bierig v. Metabolife International, No. 06 Civ. 4484

10. Robert Bishop v. Metabolife, No. 05 Civ. 5135

11. Mary Blevins v. Metabolife International, No. 05 Civ. 4716

12. James Bogart v. Metabolife International, No. 05 Civ. 2478

13. Marvin Bolds v. MII Liquidation, No. 06 Civ. 4485

14. Robert Bonnette v. MII Liquidation, No. 06 Civ. 4488

15. Franklin Booth v. Alpine Health Products, LLC, No. 06 Civ. 4521

16. Barbara Bower v. Metabolife International, No. 06 Civ. 1455

17. Joel Brandt v. Metabolife Corp., et al., No. 05 Civ. 5978

18. Brandon Braner, et al. v. Metabolife International, No. 06 Civ. 4470

19. Jacqueline Brock, et al. v. Metabolife International, No. 06 Civ. 1460

20. Connie Brown v. Metabolife International, No. 06 Civ. 6590

21. Connie Brown v. MII International Inc., No. 06 Civ. 4556

22. David Brown v. MII Liquidation, No. 06 Civ. 4489

23. Debra Brown, et al. v. Metabolife International, No. 05 Civ. 9053

24. Samantha Brown v. MII Liquidation, No. 06 Civ. 4486

25. Alicia Brucato v. Metabolife Corp., et al., No. 05 Civ. 5976

26. Laurence Budwig, et al. v. Metabolife International, Inc., No. 05 Civ. 5968

27. Donna Bunger, et al. v. Metabolife International, No. 05 Civ. 4715

28. Marcia Bunting v. Metabolife International, No. 04 Civ. 9708

29. Marcia Bunting v. Metabolife International, Inc., No. 06 Civ. 4530

30. Gerald Richard Bupte v. Metabolife International, No. 06 Civ. 4482

31. William Burton, et al. v. Metabolife International, No. 04 Civ. 6815

32. Daniel Byrne, et al. v. Metabolife, No. 05 Civ. 6681

33. Denise Cadet v. Metabolife International, Inc., No. 04 Civ. 4222

34. Hope Cagle v. Metabolife International, No. 05 Civ. 2994

35. Hope Cagle v. Wal-Mart Stores, Inc., No. 06 Civ. 1368

36. John Robert Cain, et al. v. Wal-Mart Stores, et al., No. 06 Civ. 6621

37. Roger Carsey v. Metabolife, No. 05 Civ. 3906

38. Roger Carsey v. Alpine Health Products, No. 06 Civ. 4532

39. Patty Carss, et al. v. MII Liquidation, No. 06 Civ. 4492

40. Michael Carter, et al. v. Metabolife International, Inc., No. 04 Civ. 4284

41. Lydia Casillas, et al. v. MII Liquidation, No. 06 Civ. 4491

42. Betty Castagne v. Metabolife International, Inc., No. 05 Civ. 3016

43. Dennis Chaney v. Metabolife International, No. 06 Civ. 1457

44. Max Clark, et al. v. Metabolife, No. 05 Civ. 9650

45. Angie Corrasco v. MII Liquidation, No. 06 Civ. 6650

46. <u>Aubrey Gerald Crawford v. Metabolife International</u>, No. 05 Civ. 4058

47. <u>Dorothy Eileen Crisp v. Metabolife International</u>, No. 04 Civ. 7639

48. <u>Cynthia Cruz v. Metabolife International, Inc.</u>, No. 06 Civ. 4524

49. <u>Shelia Davis v. Metabolife International, Inc.</u>, No. 06 Civ. 4518

50. <u>Shelia Davis v. GN Oldco Corp.</u>, No. 06 Civ. 1687

51. <u>Jack Dean v. MII Liquidation</u>, No. 06 Civ. 4494

52. <u>Michelle Deaver, et al. v. MII Liquidation</u>, No. 06 Civ. 4493

53. <u>Nicole Delva v. Metabolife International, Inc.</u>, No. 05 Civ. 5981

54. <u>Xiuhui Deng v. Metabolife International, Inc.</u>, No. 05 Civ. 3027

55. <u>Kim Doll v. MII Liquidation</u>, No. 06 Civ. 4505

56. <u>Stella Marie Drewing v. Metabolife International, Inc.</u>, No. 04 Civ. 4274

57. <u>Barbara Dunham, et al. v. Metabolife International</u>, No. 04 Civ. 6821

58. <u>Mark Durbin v. Metabolife</u>, No. 05 Civ. 6686

59. <u>Travis Durham v. Metabolife International</u>, No. 06 Civ. 4471

60. <u>Deborah Ehling v. Metabolife International, Inc.</u>, No. 05 Civ. 5984

61. <u>Susie Estedes v. Metabolife International, Inc.</u>, No. 05 Civ. 5972

62. <u>M. Timothy Evers v. Metabolife</u>, No. 05 Civ. 0157

63. <u>Richard Ewing v. Metabolife International Inc.</u>, No. 06 Civ. 4550

64. <u>Janice Farmer v. Metabolife International</u>, No. 04 Civ. 8206

65. <u>Horace Ferrell, et al. v. Metabolife International, Inc.</u>, No. 04 Civ. 4231

66. <u>Gerald Fisk v. Metabolife International, Inc.</u>, No. 07 Civ. 3895

67. <u>Lauren Floro v. Metabolife</u>, No. 05 Civ. 3896

68. <u>Susan Foley v. Metabolife</u>, No. 05 Civ. 9055

69. Shirley Foretich, et al. v. Metabolife International, No. 05 Civ. 4713

70. Edward Foster, et al. v. Metabolife International, No. 06 Civ. 1466

71. Kathy Foster v. Metabolife, No. 05 Civ. 1023

72. Judy Franklin v. Metabolife International, No. 06 Civ. 4474

73. Deborah Freeman, et al. v. Metabolife, No. 05 Civ. 3905

74. Deborah Freeman v. Alpine Health Products, LLC, No. 06 Civ. 4538

75. Dee Dee Friddle, et al. v. Metabolife International, No. 06 Civ. 1451

76. Sherry Fuss, et al. v. Metabolife International, No. 06 Civ. 4467

77. Isabel Garza v. MII Liquidation, No. 06 Civ. 4544

78. Charlene Gaston v. Metabolife International, Inc., No. 04 Civ. 3565

79. Richard Geist v. Metabolife International, Inc., No. 04 Civ. 4243

80. Nona Gentry v. Metabolife International, No. 06 Civ. 4477

81. Michael Glinn v. Metabolife International, No. 05 Civ. 3000

82. Brenda Graves, et al. v. Metabolife, No. 05 Civ. 3881

83. Monica Green, et al. v. MII Liquidation, No. 06 Civ. 6596

84. William Green v. Metabolife International, No. 05 Civ. 8402

85. Jean Hargis v. Metabolife International Inc., No. 06 Civ. 4510

86. Billy Gene Harrison v. Metabolife International Inc., No. 06 Civ. 4558

87. John Paul Hawkins v. Metabolife International, No. 06 Civ. 1467

88. John Paul Hawkins v. Metabolife International, Inc., No. 06 Civ. 6592

89. Joyce Hayes v. Metabolife, No. 05 Civ. 1014

90. Patricia Hollerbach v. Metabolife Int'l., No. 04 Civ. 9709

91. Debbie K. Holmer v. Metabolife International, No. 05 Civ. 2477

92. <u>Barbara Hudson v. Metabolife</u>, No. 05 Civ. 0143

93. <u>Norma Hughes v. Metabolife International Inc.</u>, No. 06 Civ. 4555

94. <u>Robert Hutchinson v. Metabolife International</u>, No. 06 Civ. 4478

95. <u>Patricia Hutson v. Metabolife International Inc.</u>, No. 06 Civ. 4560

96. <u>Justin Hutton v. Metabolife International Inc.</u>, No. 06 Civ. 4519

97. <u>Chris Ivanoff v. The Chemins Company, Inc.</u>, No. 06 Civ. 4506

98. <u>Sheila Jackson v. Metabolife International, Inc.</u>, No. 04 Civ. 4277

99. <u>Shelly Jackson, et al. v. Metabolife International</u>, No. 06 Civ. 4472

100. <u>Opal Jenkins v. Metabolife International</u>, No. 06 Civ. 1464

101. <u>Carolyn Jones v. Metabolife International, Inc.</u>, No. 05 Civ. 4709

102. <u>Carolyn Jones v. Alpine Health Products, LLC</u>, No. 06 Civ. 4535

103. <u>Kim Kaempfe v. Chemins</u>, No. 07 Civ. 9248

104. <u>Richard Kasko v. Metabolife International, Inc.</u>, No. 04 Civ. 4261

105. <u>Diane Keister v. MII Liquidation</u>, No. 06 Civ. 6644

106. <u>Diane Keister v. Metabolife International, Inc.</u>, No. 06 Civ. 6656

107. <u>Stella Kelley v. MII Liquidations</u>, No. 06 Civ. 4557

108. <u>Theresa Kelley v. Metabolife International Inc.</u>, No. 06 Civ. 4528

109. <u>Beverly King v. Metabolife International, Inc.</u>, No. 05 Civ. 5966

110. <u>Debra Kline, et al. v. Metabolife International, Inc.</u>, No. 03 Civ. 3351

111. <u>Terry Kress v. Metabolife</u>, No. 05 Civ. 3882

112. <u>Lydia Kuchefski v. MII Liquidation</u>, No. 06 Civ. 6595

113. <u>Donald Kujat v. Metabolife International</u>, No. 06 Civ. 4479

114. <u>Robert Kundrat v. Metabolife International, Inc.</u>, No. 04 Civ. 4249

115.  Donald Kundrat, et al. v. Alpine Health Products, No. 06 Civ. 4534

116.  Tracey Larosa v. Walmart, No. 05 Civ. 1004

117.  Joshua Lang v. Metabolife International, No. 05 Civ. 2472

118.  Germalita Lee, et al. v. MII Liquidation, No. 06 Civ. 6597

119.  Francine Lewicki v. Metabolife, No. 05 Civ. 3883

120.  Bruce Lewis v. Metabolife, No. 05 Civ. 1022

121.  Leatrice Lewis v. Metabolife International, No. 06 Civ. 1474

122.  Linda Lou Linnell v. MII Liquidation, No. 06 Civ. 6598

123.  Linda Llewellyn, et al. v. Metabolife International, No. 06 Civ. 1449

124.  Leo Longoria v. Metabolife International, No. 04 Civ. 8317

125.  Martha Lopez v. MII Liquidation, No. 06 Civ. 6637

126.  Otto Loser, et al. v. MII Liquidation, No. 06 Civ. 6608

127.  Karen Lott v. Metabolife International, No. 04 Civ. 6834

128.  Juan Antonio Lozano v. Metabolife International, Inc., No. 04 Civ. 4282

129.  Lujan v. Metabolife International, No. 06 Civ. 1468

130.  Sharon Maddox v. Metabolife International, Inc., No. 05 Civ. 3014

131.  Sharon Maddox v. Wal-Mart Stores, Inc., No. 06 Civ. 1371

132.  Joann Maloney, et al. v. Metabolife International, No. 06 Civ. 1454

133.  Dorothy Manuel v. Metabolife International Inc., No. 06 Civ. 4561

134.  King Markowski v. Metabolife, No. 05 Civ. 9060

135.  Michelle Martin v. Metabolife, No. 05 Civ. 9056

136.  Gerald Martino v. Metabolife, No. 05 Civ. 6688

137.  Charlene Marty v. Metabolife, No. 05 Civ. 6836

138. <u>Pamela Mason v. MII Liquidation</u>, No. 06 Civ. 6635

139. <u>Linda Mauldin v. Metabolife International</u>, No. 04 Civ. 6827

140. <u>Melissa Maxwell v. MII Liquidation</u>, No. 06 Civ. 6607

141. <u>Ellen Mayfield v. Metabolife</u>, No. 05 Civ. 0142

142. <u>Cheryl McClure v. Metabolife International</u>, No. 04 Civ. 9357

143. <u>Scott McCollom, et al. v. Metabolife International</u>, No. 05 Civ. 4702

144. <u>Randall McDowell v. Metabolife International Inc.</u>, No. 06 Civ. 4562

145. <u>Peggy McGuire v. Metabolife</u>, No. 04 Civ. 5476

146. <u>Ana Mejia v. MII Liquidation</u>, No. 06 Civ. 6613

147. <u>Benita Miller v. Metabolife International</u>, No. 06 Civ. 4469

148. <u>Michelle Miller, et al. v. Metabolife International</u>, No. 06 Civ. 4515

149. <u>Kristen Mireles v. MII Liquidation</u>, No. 06 Civ. 6600

150. <u>Rebecca Dale Missino v. Metabolife International, Inc.</u>, No. 05 Civ. 5975

151. <u>Chad Morgan v. Metabolife International, Inc.</u>, No. 05 Civ. 3015

152. <u>Dora Morris, et al. v. Metabolife International, Inc.</u>, No. 06 Civ. 1453

153. <u>Darla K. Morrissey, et al. v. Metabolife</u>, No. 05 Civ. 3892

154. <u>Bobby Allen Moser, et al. v. Metabolife International</u>, No. 06 Civ. 4465

155. <u>Roy Douglas Murray, et al. v. Metabolife International</u>, No. 04 Civ. 6817

156. <u>Susanne Nash, et al. v. MII Liquidations</u>, No. 06 Civ. 4509

157. <u>Susanne Nash, et al. v. Metabolife International</u>, No. 05 Civ. 4701

158. <u>Patricia Naugle v. Metabolife International</u>, No. 06 Civ. 1450

159. <u>Marshall Neel, et al. v. MII Liquidation</u>, No. 06 Civ. 6616

160. <u>Hollis Neely, et al. v. Metabolife International</u>, No. 06 Civ. 4468

161. Hollis Neely, et al. v. MII Liquidation, No. 06 Civ. 4533

162. Michelle Nelsen v. Wal Mart Stores, Inc., No. 05 Civ. 3023

163. Edmond Joseph Neville v. Metabolife International Alpine, No. 06 Civ. 4569

164. Nhai Nguyen v. Metabolife International Inc., No. 06 Civ. 4525

165. Sylvia Norman, et al. v. Metabolife, No. 05 Civ. 6687

166. Nancy Novosel v. Metabolife International, No. 05 Civ. 4700

167. Amber Ramirez (Olvera) v. Metabolife, No. 05 Civ. 0155

168. Claudia Ibarra Ortegon v. Metabolife International, Inc., No. 04 Civ. 4281

169. Katonya Outlaw v. MII Liquidation, Inc., et al., No. 06 Civ. 6630

170. Johnny Parks, et al. v. Metabolife International, No. 05 Civ. 4703

171. Sandra Paterson v. Wal-Mart Stores, Inc., No. 07 Civ. 9247

172. Henry Patterson v. Metabolife, No. 05 Civ. 3901

173. Duane Paul v. MII Liquidation, No. 06 Civ. 6599

174. Millicent Perkins v. MII Liquidation, No. 06 Civ. 6640

175. Thomas Michael Pettis, et al. v. Metabolife International, No. 04 Civ. 7625

176. Diane Pitts v. MII Liquidations, No. 06 Civ. 6651

177. Gerald Portillo, et al. v. MII Liquidation, Inc., No. 04 Civ. 4239

178. Audrey Quaile v. Metabolife, No. 05 Civ. 1009

179. Ronald Raines v. Metabolife International, No. 06 Civ. 4466

180. Abraham Ramirez, et al. v. Metabolife International Inc., No. 06 Civ. 4541

181. Fred Rather, et al. v. Metabolife International, No. 04 Civ. 8306

182. Fred Rather, et al. v. Alpine Health Products, LLC, No. 06 Civ. 4523

183. Kellie Reinel v. Metabolife International Inc., No. 06 Civ. 4566

184. <u>Cynthia Reynolds, et al. v. Metabolife</u>, No. 05 Civ. 3897

185. <u>Cesaire Rhodes v. Metabolife International Inc.</u>, No. 06 Civ. 4565

186. <u>Charles Richards v. Metabolife International Inc.</u>, No. 06 Civ. 4559

187. <u>Brandon (Stella) Richardson v. Metabolife International</u>, No. 04 Civ. 6844

188. <u>Rhealene Robertson, et al. v. Metabolife International</u>, No. 05 Civ. 3013

189. <u>Rhealene Robertson, et al. v. Wal-Mart Stores, Inc.</u>, No. 06 Civ. 1370

190. <u>Michelle Ronyak v. Metabolife International Inc.</u>, No. 06 Civ. 4531

191. <u>Mearlean Ross v. Metabolife</u>, No. 05 Civ. 0146

192. <u>Duane Rowe v. Metabolife International, Inc.</u>, No. 04 Civ. 4253

193. <u>Melissa Rubio v. Metabolife International, Inc.</u>, No. 05 Civ. 5967

194. <u>Ken Rutherford, et al. v. Metabolife</u>, No. 05 Civ. 0150

195. <u>Timothy Sarvis v. Metabolife International, Inc.</u>, 07 Civ. 4625

196. <u>Marol Scheffert v. Metabolife</u>, No. 05 Civ. 6831

197. <u>Mark Schmidt, et al. v. Metabolife International, Inc.</u>, No. 04 Civ. 4220

198. <u>Rebecca Schrader v. Metabolife International, Inc.</u>, No. 04 Civ. 4270

199. <u>Kevin Scrivener v. Metabolife</u>, No. 05 Civ. 6837

200. <u>David Sells, et al. v. TL Administration</u>, No. 04 Civ. 6103

201. <u>Michelle Sheard v. MII Liquidation</u>, No. 06 Civ. 6648

202. <u>Cynthia Sides, et al. v. MII Liquidation</u>, No. 06 Civ. 6647

203. <u>Rosie Skinner v. Metabolife</u>, No. 05 Civ. 0156

204. <u>Dawn Smith v. Metabolife</u>, No. 05 Civ. 6334

205. <u>Waunita Smith v. Metabolife International</u>, No. 06 Civ. 4512

206. <u>Carol Smith v. Metabolife International</u>, No. 06 Civ. 1463

207. Lisa Snyder v. Metabolife, No. 05 Civ. 0139

208. Artis Starks v. MII Liquidation, No. 06 Civ. 4568

209. Scott Strother v. Metabolife International, No. 06 Civ. 4480

210. Scott Strother v. Metabolife International, Inc., No. 06 Civ. 4537

211. Ana Gabraiella Suarez v. Metabolife International, No. 04 Civ. 6841

212. Christopher Scott Surratt v. Metabolife, No. 05 Civ. 1017

213. Irene Talavera v. Metabolife International, No. 04 Civ. 6820

214. Linda Taylor v. MII Liquidation, No. 06 Civ. 6624

215. Flossie Thibodaux v. Metabolife International, Inc., No. 04 Civ. 4250

216. James Thomas v. Metabolife International, No. 04 Civ. 7628

217. June Thomas v. Metabolife International, No. 04 Civ. 7501

218. Linda Thompson v. Metabolife International, Inc., No. 05 Civ. 6829

219. Linda Thompson v. MII Liquidation, No. 06 Civ. 6649

220. Mark Thuernau v. Metabolife International, No. 04 Civ. 7634

221. Thomas Tims v. Metabolife International Inc., No. 06 Civ. 4526

222. James Tiskevich v. Metabolife, International, No. 04 Civ. 6772

223. Barbara Todd v. Metabolife, No. 05 Civ. 3899

224. Gary Townsend v. Metabolife International, Inc., No. 04 Civ. 2896

225. Alison Troutman v. Metabolife International, No. 04 Civ. 7629

226. Kathleen Tutka, et al. v. Metabolife International, No. 04 Civ. 6816

227. Gregory Van Buren, et al. v. Metabolife International, No. 04 Civ. 8209

228. Gregory Van Buren, et al. v. Alpine Health Products, No. 06 Civ. 4522

229. Sergio Vasquez v. Metabolife, No. 05 Civ. 1019

230. <u>Peter Vertigans v. MII Liquidation</u>, No. 06 Civ. 6642

231. <u>Damon Violette, et al. v. Metabolife International, Inc.</u>, No. 04 Civ. 4251

232. <u>James Vnecak v. Metabolife International</u>, No. 04 Civ. 6829

233. <u>Donald Wallen v. Metabolife</u>, No. 05 Civ. 6832

234. <u>Willie Marie Waltman, et al. v. Metabolife International</u>, No. 04 Civ. 6818

235. <u>Michael Waltman v. Metabolife International</u>, No. 05 Civ. 4705

236. <u>Micki Warnecker v. Metabolife</u>, No. 05 Civ. 9058

237. <u>Edward Watkins v. Metabolife</u>, No. 05 Civ. 1010

238. <u>Edward Watkins v. Wal-Mart Stores, Inc.</u>, No. 06 Civ. 1367

239. <u>Kathleen Watkins v. MII Liquidation</u>, No. 06 Civ. 6623

240. <u>Charles Watson v. MII Liquidation, Inc.</u>, No. 04 Civ. 4278

241. <u>William Watson v. Metabolife International</u>, No. 05 Civ. 4693

242. <u>Beverly Webb, et al. v. MII Liquidation</u>, No. 06 Civ. 6633

243. <u>Cynthia Weeks, et al. v. Metabolife International, Inc.</u>, No. 04 Civ. 4221

244. <u>Linda Katie Wellman v. Metabolife International, Inc.</u>, No. 04 Civ. 4273

245. <u>Willard Westfall v. Metabolife International, Inc.</u>, No. 04 Civ. 4255

246. <u>Derrell Whitfield, Sr., et al. v. Metabolife International, Inc.</u>, No. 05 Civ. 3017

247. <u>Derrell Whitfield Sr., et al. v. MII Liquidation</u>, No. 06 Civ. 6615

248. <u>Saylor Wilfong v. Metabolife</u>, No. 05 Civ. 0160

249. <u>Sharon Williams, et al. v. Metabolife International</u>, No. 04 Civ. 7638

250. <u>Constance Wittneben v. MII Liquidation</u>, No. 06 Civ. 6628

251. <u>Collen Wolter v. MII Liquidation</u>, No. 06 Civ. 6634

252. <u>Jerry Wood v. Metabolife International, Inc.</u>, No. 04 Civ. 4245

253.    Paul Wright v. Metabolife, No. 04 Civ. 4035

254.    Teri Wyrick, et al. v. MII Liquidation, No. 06 Civ. 6639